Glenn E. Donath and Anna R. Donath, Plaintiffs-Appellees, v. Milton B. Raffle et al., Defendants-Appellants.

Gen. No. 11,068.

Second District, First Division.

July 25, 1957.

Released for publication August 13, 1957.

Cannariato and Nicolosi (Sam J. Cannariato, of counsel), for appellants; Large, Reno, Zahm & Folgate (H. Emmett Folgate, of counsel), for plaintiffs-appellees. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full.